UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:20-cr-4-KS-MTP

MICHAEL BOUNDS

**ORDER**

Before the Court is the Motion of the United States of America [34] to partially vacate the Final Order of Forfeiture filed by this Court on December 14, 2020 [30] in this case. The Court, being fully advised in the premises, finds that the Motion is well taken and should, therefore, be GRANTED, and herby orders as follows:

ORDERED, that the Final Order of Forfeiture in this case is hereby partially vacated, and ownership in the following property shall be divested from the United States of America:

**One (1) Springfield pistol, model XD-40, .40 caliber, Serial No.: US211905.**

FURTHER ORDERED, that said property be delivered by the appropriate agency of the United States to the custody of the Hattiesburg Police Department, Hattiesburg, Mississippi, for use in further criminal proceedings, and alternatively, if the same has no interest in continuing its investigation, to be returned by the United States to the lawful owner of record from whom the property was taken.

FURTHER ORDERED, that the remaining property listed in the Final Order of Forfeiture in this case, entered December 14, 2020, is unaffected by this Order.

SO ORDERED on this the __22nd__ day of April 2021.

___s/Keith Starrett_____
KEITH STARRETT
UNITED STATES DISTRICT JUDGE